1  MICHAEL J. KHOURI, ESQ. [CASBN 97654]
2  E-mail:  mkhouri@khourilaw.com
   STEVEN D. FINLEY, ESQ. [CASBN 333011]
3  E-mail:  sfinley@khourilaw.com
4  KHOURI LAW FIRM, APC
   2222 Martin, Suite 215
5  Irvine, California 92612
6  Telephone:  (949) 336-2433
   Fax:            (949) 387-0044
7
8  Attorneys for defendant, ALFREDO BUENO VILLA

9
10                UNITED STATES DISTRICT COURT
11                SOUTHERN DISTRICT OF CALIFORNIA

12
13 | UNITED STATES OF AMERICA, | Case No. 3:20-cr-2670-BAS-1 |
|---|---|
|              Plaintiff, | Honorable Cynthia Bashant, Judge |
|     v. | |
| ALFREDO BUENO VILLA, | **DEFENDANT ALFREDO BUENO VILLA'S NOTICE OF MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE** |
|              Defendant. | |
| | [Fed.R.Crim.P.33] |
| | Hearing Date:  04/18/2022
Time: 9:00 a.m.
Place: Courtroom 4B, 4th Floor
           Edward J. Schwartz
           United States Courthouse
           221 West Broadway
           San Diego, CA 92101 |

1
**NOTICE OF MOTION FOR NEW TRIAL**

1  **TO THE COURT AND ALL INTERESTED PARTIES AND THEIR**
2  **ATTORNEYS OF RECORD:**
3      PLEASE TAKE NOTICE that on April 18, 2022, in Courtroom 4B of the
4  above-entitled Court, located at 221 West Broadway, San Diego, California 92101,
5  defendant ALFREDO BUENO VILLA ("Defendant") will move and does now
6  move the Court for an order granting a new trial.  The basis for the motion is that
7  new evidence has been discovered and that Defendant would have likely been
8  acquitted had the new evidence been admitted into evidence at trial.
9      This motion for new trial is also based on the attached memorandum of
10 points and authorities, the attached declarations of Javier Bueno Villa, Sergio
11 Bueno Villa, and Javier Bueno Fierro, and any other evidence and oral argument
12 the Court may permit at the hearing.
13     PLEASE TAKE FURTHER NOTICE that Defendant ALFREDO BUENO
14 VILLA  is requesting an expedited evidentiary hearing on the motion.

16                           Respectfully submitted,
17 Date: January 12, 2021     KHOURI LAW FIRM, APC

19                     By:    */s/ Michael J. Khouri*
                               MICHAEL J. KHOURI
20                          Email: mkhouri@khourilaw.com
                               STEVEN D. FINLEY, ESQ.
21                          E-mail:  sfinley@khourilaw.com
22                          2222 Martin, Suite 215
                               Irvine, CA 92612
23                          *Attorney for defendant,*
                               ALFREDO BUENO VILLA

2
**NOTICE OF MOTION FOR NEW TRIAL**