# EXHIBIT 1

## DECLARATION OF JAVIER BUENO VILLA

I, Javier Bueno Villa, declare as follows:

1. I was born on March 22, 1980, and am defendant ALFREDO BUENO VILLA's ("Alfredo" or "Defendant") older brother.

2. The matters in this declaration are based upon personal knowledge or I believe them to be true upon information and belief. If called as a witness in this proceeding, I would take an oath to tell the truth and testify to the content of this declaration. I make this declaration in support of Defendant's Motion for New Trial.

3. I am the oldest of three brothers, and currently live with my parents at 9620 East 36th Place, Yuma, Arizona 85365. Defendant Alfredo is my younger brother and the middle child, followed by our youngest brother Sergio Bueno Villa ("Sergio").

4. On or about August 7, 2020, I accompanied my brother Alfredo to Los Tecolotes, Mexico, to visit our family. We traveled in Alfredo's 2016 Dodge Ram 3500, which was equipped with a large speaker box in the bed of the truck. Alfredo was driving and I was a passenger.

5. On the drive to Mexico, I noticed the speaker box in Alfredo's truck was malfunctioning. Having been under extreme financial pressure at the time, and knowing that Alfredo frequently traveled across the border without any issues, I saw this as an opportunity to use Alfredo's truck to transfer illicit drugs into the United States without Alfredo's knowledge.

6. After arriving in Mexico on August 8, 2020, I convinced Alfredo to have the speaker box serviced at a local auto repair shop that I knew smuggled drugs in the vehicles they serviced. I specifically chose this repair shop so they would hide the drugs in a manner that would avoid detection by Alfredo and Border Patrol.

7. We left the truck at the repair shop for a few hours, during which time

the illicit drugs were hidden in the speaker box. Alfredo had absolutely no knowledge or awareness that the repair shop had hidden illegal drugs in the speaker box of his truck.

8. I purposefully did not accompany Alfredo back to the United States on August 9, 2021, because I was worried that the drugs would be discovered by U.S. Customs and Border Protection.

9. Fearing the consequences of my actions, I kept this information to myself after Alfredo's arrest and throughout his criminal proceedings. However, I can no longer stand the tremendous amount of guilt I feel for having my brother in prison for something he did not do and had no knowledge of.

10. I decided to tell the truth to my family, who I know have been under severe emotional distress since Alfredo's arrest. Accordingly, during a family gathering at my parents' house on December 6, 2021, I had a private conversation with my father and youngest brother Sergio, and told them that I had the drugs hidden in Alfredo's truck without his knowledge while we were in Mexico.

11. I hope that by making this declaration I can help end Alfredo's confinement and alleviate some of the emotional anguish suffered by my family as a result this matter.

12. While I can somewhat understand and speak English, I had my youngest brother Sergio read and translate this declaration to me in my native language of Spanish so that I fully understand and agree with its content before signing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on January 3, 2022, in Yuma, Arizona.

Javier Bueno Villa, declarant

3

DECLARATION OF JAVIER BUENO VILLA

# EXHIBIT 2

## DECLARATION OF SERGIO BUENO VILLA

I, Sergio Bueno Villa, declare as follows:

1. I was born on November 9, 1989, and am defendant ALFREDO BUENO VILLA's ("Alfredo" or "Defendant") younger brother.

2. The matters in this declaration are based upon personal knowledge or I believe them to be true upon information and belief. If called as a witness in this proceeding, I would take an oath to tell the truth and testify to the content of this declaration. I make this declaration in support of Defendant's Motion for New Trial.

3. I am the youngest of three brothers; Alfredo is the middle child, and Javier Bueno Villa ("Javier") is our oldest brother. Javier currently lives with my parents at their house, located at 9620 East 36th Place, in Yuma, Arizona, 85365.

4. At approximately 5:30 p.m., on December 6, 2021, I arrived at my parents' house for a family visit. Both my mother and father were home at the time, along with brother Javier. Shortly after my arrival, Javier alerted my father and I that he wanted to have a private conversation between the three of us.

5. While in private, Javier confessed to my father and I that he was responsible for the drugs being placed in Alfredo's vehicle and causing Alfredo to be arrested at the United States border

6. Javier explained that he was under significant financial pressure, and that in order to earn money, he worked with individuals he knew in Mexico who facilitated moving drugs across the border.

7. Javier stated that he had the drugs hidden in Alfredo's vehicle without Alfredo's knowledge, while they were both in Mexico. Javier also stated that he had the drugs hidden in Alfredo's vehicle because he knew Alfredo frequently traveled across the border without experiencing any issues, and that Alfredo was unaware that the drugs were in his vehicle when crossing the United States border.

8. Javier further stated that he wanted to tell the truth to his family

1  because of the tremendous amount of guilt he has felt since Alfredo's arrest.

9. It is my understanding that my father and Javier have also submitted declarations regarding this matter.

10. As my father does not speak English, I fully and accurately translated his declaration from English to Spanish before it was signed by him.

11. Similarly, Javier's ability to speak and understand English is limited. Accordingly, I fully and accurately translated his declaration from English to Spanish before it was signed by him.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on January 4, 2022, in San Luis, Arizona.

_____
Sergio Bueno Villa, declarant

3
**DECLARATION OF SERGIO BUENO VILLA**

# EXHIBIT 3

## DECLARATION OF JAVIER BUENO FIERRO

I, Javier Bueno Fierro, declare as follows:

1. I was born on May 30, 1953, and am defendant ALFREDO BUENO VILLA's ("Alfredo" or "Defendant") father.

2. The matters in this declaration are based upon personal knowledge or I believe them to be true upon information and belief. If called as a witness in this proceeding, I would take an oath to tell the truth and testify to the content of this declaration. I make this declaration in support of Defendant's Motion for New Trial.

3. I have three sons: Sergio Bueno Villa ("Sergio") is my youngest son, Alfredo is my middle son, and Javier Bueno Villa ("Javier") is my oldest son.

4. My oldest son, Javier, lives with me and my wife at my house located at 9620 East 36th Place, in Yuma, Arizona, 85365.

5. At approximately 5:30 p.m., on December 6, 2021, Sergio arrived at my house for a family visit. Shortly after Sergio's arrival, Javier alerted Sergio and I that he wanted to have a private conversation between the three of us.

6. While in private, Javier confessed to me and Sergio that he was responsible for the drugs being placed in Alfredo's vehicle and causing Alfredo to be arrested at the United States border.

7. Javier explained that he was under significant financial pressure, and that in order to earn money, he worked with individuals he knew in Mexico who facilitated moving drugs across the border.

8. Javier stated that he had the drugs hidden in Alfredo's vehicle without Alfredo's knowledge, while they were both in Mexico. Javier also stated that he had the drugs hidden in Alfredo's vehicle because he knew Alfredo frequently traveled across the border without experiencing any issues, and that Alfredo was unaware that the drugs were in his vehicle when crossing the United States border.

9. Javier further stated that he wanted to tell the truth to his family

1  because of the tremendous amount of guilt he has felt since Alfredo's arrest.
2      10.   I can only speak and understand Spanish. Accordingly, I had my
3  youngest son Sergio read and translate this declaration to me in my native language
4  of Spanish so that I fully understand and agree with its content before signing.

6      I declare under penalty of perjury, under the laws of the United States of
7  America, that the foregoing is true and correct. Executed on January 4, 2022, in
8  _____

_____
Javier Bueno Fierro, declarant

DECLARATION OF JAVIER BUENO FIERRO