1  MICHAEL J. KHOURI, ESQ. [CASBN 97654]
2  E-mail:  mkhouri@khourilaw.com
   STEVEN D. FINLEY, ESQ. [CASBN 333011]
3  E-mail:  sfinley@khourilaw.com
4  KHOURI LAW FIRM, APC
   2222 Martin, Suite 215
5  Irvine, California 92612
6  Telephone:   (949) 336-2433
   Fax:           (949) 387-0044
7
8  Attorneys for defendant, ALFREDO BUENO VILLA

9

10                     UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12

13  | UNITED STATES OF AMERICA, | Case No. 3:20-cr-2670-BAS-1 |
    |---|---|
14  | Plaintiff, | Honorable Cynthia Bashant, Judge |
15  | v. | |
    | | **DEFENDANT ALFREDO BUENO** |
16  | ALFREDO BUENO VILLA, | **VILLA'S REQUEST FOR** |
    | | **EVIDENTIARY HEARING** |
17  | Defendant. | |
18  | | [Hearing Is To Be Set] |

19

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

                                    1
**MOTION REQUESTING AN EVIDENTIARY HEARING**

**TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant ALFREDO BUENO VILLA requests an expedited evidentiary hearing on Defendant's motion for new trial noticed for April 18, 2022.

Respectfully submitted,

Date: January 12, 2021          KHOURI LAW FIRM, APC

By:     */s/ Michael J. Khouri*
        MICHAEL J. KHOURI
        Email: mkhouri@khourilaw.com
        STEVEN D. FINLEY, ESQ.
        E-mail:  sfinley@khourilaw.com
        2222 Martin, Suite 215
        Irvine, CA 92612
        *Attorney for defendant,*
        ALFREDO BUENO VILLA

**MOTION REQUESTING AN EVIDENTIARY HEARING**