

## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## TECS - Person Encounter List

Generated By:

Page 1 of 2

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUENO VILLA | JAVIER | | C1 | | 07/09/2021 07:14 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 03/02/2021 14:42 | | | I | L251 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 02/28/2021 15:46 | | | I | L251 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 02/19/2021 05:07 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 01/27/2021 16:45 | | | I | L251 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 01/20/2021 23:06 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 01/11/2021 23:21 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 01/01/2021 12:50 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 12/23/2020 14:53 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 12/09/2020 17:46 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 12/09/2020 01:41 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 11/10/2020 22:02 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 11/06/2020 09:46 | | | I | L251 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 10/14/2020 01:57 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 10/01/2020 03:54 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 08/21/2020 01:16 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |
| BUENO VILLA | JAVIER | | C1 | | 08/09/2020 20:45 | | | I | L268 | | VEHICLE | | | CUSTOMS | | |

Total Number of Records 17

| Legend | |
|---|---|
| Doc Type | |
| Codes | Value |
| C1 | C1 - PERMANENT RESIDENT CARD (1998 - 2003) |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

Generated By: ███████████  Page 2 of 2

| Site Code | |
|---|---|
| **Codes** | **Value** |
| L251 | L251 - CBP-ANDRADE, PORT OF ENTRY |
| L268 | L268 - CBP-SAN LUIS, BORDER CROSSING |

**For Official Use Only / Law Enforcement Sensitive**