MICHAEL J. KHOURI, ESQ. [CASBN 97654]
E-mail: mkhouri@khourilaw.com
STEVEN D. FINLEY, ESQ. [CASBN 333011]
E-mail: sfinley@khourilaw.com
KHOURI LAW FIRM, APC
2222 Martin, Suite 215
Irvine, California 92612
Telephone: (949) 336-2433
Fax:        (949) 387-0044

Attorneys for defendant, ALFREDO BUENO VILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO BUENO VILLA,<br><br>Defendant. | Case No. 3:20-cr-2670-BAS-1<br><br>Honorable Cynthia Bashant, Judge<br><br>**DECLARATION OF STEVEN D. FINLEY IN SUPPORT OF DEFENDANT ALFREDO BUENO VILLA'S REPLY TO OPPOSITION TO MOTION FOR NEW TRIAL**<br><br>Date: March 28, 2022<br>Time: 2:45 PM<br>Place: Courtroom 4B, 4th Floor<br>       Edward J. Schwartz<br>       United States Courthouse<br>       221 West Broadway<br>       San Diego, CA 92101 |
|---|---|

///
///
///

1
**DECLARATION OF STEVEN D. FINLEY**

# DECLARATION OF STEVEN D. FINLEY

I, Steven D. Finley, declare:

1. I am an attorney licensed to practice law in all courts of the States California, and I am licensed in the United States District Court for the Southern District of California.

2. The matters in this declaration are based upon personal knowledge or I believe them to be true upon information and belief. If called as a witness in this proceeding, I would take an oath to tell the truth and testify to the content of this declaration. I make this declaration in support of defendant ALFREDO BUENO VILLA's ("Defendant") Reply to Opposition to Motion for New Trial.

3. I am an associate attorney at the Khouri Law Firm, APC., counsel of record for Defendant in the above-captioned matter, and have entered an appearance to that effect. ECF No. 70.

4. On or about March 16, 2022, I contacted the Interpreters Services Office of the above-entitled Court to request that a Spanish interpreter be available at the hearing on Defendant's Motion for New Trial, and was instructed to directly contact the Courtroom Deputy for Courtroom 4B. Accordingly, I sent an email to Ms. Michele regarding this matter, and copied the Interpreters Services' manager, Ms. Mayne, on my email. Ms. Michele promptly responded, confirming that an interpreter will be assigned for the March 28, 2022, hearing. Attached hereto as **Exhibit A** is a true and correct copy of my email exchange with Ms. Michele on March 16, 2022.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on March 23, 2022, in Irvine, California.

          */s/ Steven D. Finley*
          Steven D. Finley, declarant