**<u>EXHIBIT A</u>**

**Subject:** RE: 3:20-cr-02670-BAS USA v. Villa; Spanish Interpreter Request
From: Stephanie Michele - To: sfinley@khourilaw.com - Cc: Gloria Mayne, mkhouri_khourilaw.com - Date: March 16, 2022 at 11:02 AM

Good morning –

Thank you very much for letting me know. Gloria, I will defer to you on what is easiest. I am happy to change the designation or indicate that an interpreter will be needed on 3/28 at 2:45. It is a Monday calendar and we will already have interpreter(s) assigned.

Sincerely,
Stephanie

**From:** Steve Finley <sfinley@khourilaw.com>
**Sent:** Wednesday, March 16, 2022 11:00 AM
**To:** Stephanie Michele <Stephanie_Michele@casd.uscourts.gov>
**Cc:** Gloria Mayne <Gloria_Mayne@casd.uscourts.gov>; mkhouri_khourilaw.com <mkhouri@khourilaw.com>
**Subject:** Re: 3:20-cr-02670-BAS USA v. Villa; Spanish Interpreter Request

 **CAUTION - EXTERNAL:**

Good morning Stephanie,

I spoke with Juan in the interpreters office who suggested I contact you regarding the above-referenced matter.  It appears Villa has been proceeding in English but we have (2) Spanish speaking witnesses for the Evidentiary Hearing on 3/28/2022 that require assistance.  Juan suggested inquiring if you wish to designate the case as Spanish or leave it as English.

In addition, I have copied Gloria Mayne to give their office a heads up for hearing.  Thank you.

Kindest regards,

Steven Finley, Esq.
KHOURI LAW FIRM, APC
2222 Martin, Suite 215
Irvine, CA 92612
Phone: (949) 336-2433
Fax: (949) 387-0044
Email: sfinley@khourilaw.com
Web:  http://www.khourilaw.com

NOTICE: This message, including any attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and may contain confidential and/or proprietary information. This message, including any attachments, may also contain information that is protected by the attorney-client privilege, the attorney work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal laws. Any distribution, dissemination, copying, or use of this communication and/or its contents, including any attached files, by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient and/or received this message in error, please notify the sender by replying to this message and then delete the message and any attachments from your system. Thank you.
 **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.