RANDY S. GROSSMAN
United States Attorney
JENNIFER E. MCCOLLOUGH
Assistant U.S. Attorney
Texas Bar No. 24099903
880 Front Street, Room 6293
San Diego, CA 92101

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO BUENO VILLA,<br><br>Defendant. | Case No.  20CR2670-BAS<br><br>**UNITED STATES' APPLICATION TO SHORTEN TIME**<br><br>Date:   August 19, 2022<br>Time:   2:00 p.m. |

The UNITED STATES OF AMERICA, by and through its counsel, United States Attorney, Randy S. Grossman, and Assistant U.S. Attorney, Jennifer E. McCollough, hereby requests an order shortening time in which to file the United States' Sentencing Memorandum.  Dkt. 90.  Sentencing is scheduled for August 19, 2022, and the United States' additional sentencing documents were due on August 12, 2022.  I was out of the district when this hearing was set earlier this month, and as I began preparing the memorandum, starting experiencing COVID symptoms.  I sincerely apologize to the Court and Defense Counsel for the untimely filing and any inconvenience.

DATED: August 18, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/*Jennifer E. McCollough*
JENNIFER E. MCCOLLOUGH
Assistant United States Attorney